UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. |
| ) | |
| v. ) | 18 U.S.C. § 2422(b) |
| ) | Coercion and Enticement of a Minor |
| JORDAN HARRIS ) | to Engage in Sexual Activity |
| ) | |
| ) | 18 U.S.C. § 2423(b) |
| ) | Travel with Intent to Engage in |
| ) | Illicit Sexual Conduct |
| ) | |
| ) | 18 U.S.C. § 2423(a) |
| ) | Transportation with Intent to |
| ) | Engage in Criminal Sexual Activity |

THE GRAND JURY CHARGES THAT:

CR422-149

COUNT ONE
*Coercion and Enticement of a Minor to Engage in Sexual Activity*
18 U.S.C. § 2422(b)

Between on or about November 25, 2021, and October 3, 2022, the exact dates being unknown to the grand jury, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendant,

**JORDAN HARRIS**,

did use facilities of interstate and foreign commerce, that is, cellular telephones and the internet, to knowingly persuade, induce, entice and coerce Jane Doe #1, who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with an offense under the laws of the state of Georgia, that is, the crime of child molestation, in violation of Ga. Code Ann. 16-6-4.

All in violation of Title 18, United States Code, Section 2422(b).

1

## COUNT TWO
*Travel with Intent to Engage in Illicit Sexual Conduct*
18 U.S.C. § 2423(b)

Between on or about December 22, 2021, and December 27, 2021, the exact date being unknown to the grand jury, in Chatham County, within the Southern District of Georgia, and in Queens County, within the Eastern District of New York, and elsewhere, the defendant,

## JORDAN HARRIS,

did knowingly travel in interstate commerce for the purpose of engaging in any illicit sexual conduct with Jane Doe #1, an individual who had not attained the age of 18 years.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE
*Transportation with Intent to Engage in Criminal Sexual Activity*
18 U.S.C. § 2423(a)

Between on or about December 22, 2021, and December 27, 2021, the exact date being unknown to the grand jury, in Chatham County, within the Southern District of Georgia, and Queens County, within the Eastern District of New York, elsewhere, the defendant,

**JORDAN HARRIS**,

did knowingly transport an individual who had not attained the age of 18 years, that is, Jane Doe #1, in interstate commerce, with the intent that Jane Doe #1 engage in sexual activity for which the defendant could be charged with a criminal offense, that is, the crime of child molestation, in violation of Ga. Code Ann. 16-6-4.

All in violation of Title 18, United States Code, Section 2423(a).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Three of this Indictment are hereby incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 2423 or 2422 set forth in Counts One through Three of this Indictment, the defendant, **JORDAN HARRIS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense(s) and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s).

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

███████████████████████████
Foreperson

_____
David H. Estes
United States Attorney

_____
Tania D. Groover
Assistant United States Attorney
*Lead Counsel

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division